## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA SLADE, *individually and as the representative of a class of similarly situated persons* ) ) ) ) ) | |
| Plaintiff, ) | Case No. 1:20CV6889-GBD |
| -v- ) ) | |
| RISEANDSHINE CORP., d/b/a RISE BREWING ) ) ) | |
| Defendant. ) | |

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear her/its own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: November 6, 2020

_____
Dan Shaked, Esq.
**Shaked Law Group, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Email: shakedlawgroup@gmail.com
Phone: (917) 373-9128
*Attorneys for Plaintiff*

_____
Craig A. Convissar, Esq.
**Katten Muchin Rosenman LLP**
575 Madison Avenue
New York, NY 10022
Email: craig.convissar@katten.com
Phone: (212) 940-6369
*Attorneys for Defendant*

**SO ORDERED:**

_____
Hon. George B. Daniels
United States District Judge

Date: NOV 1 9 2020